IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| | ) Action No. 06-159 |
| v. | ) Judge David Cercone |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| DOUGLAS WILLIAM RAY | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## ORDER OF COURT

A suppression hearing was scheduled in the above matter on April 17, 2007 before the Honorable David Cercone. Defendant failed to appear. A warrant was issued for his arrest and Judge Cercone also issued an Order revoking his unsecured bond. Defendant voluntarily turned himself in to the federal marshals and was brought to the undersigned for an initial appearance. Prior to holding that proceeding the undersigned spoke with Judge Cercone's chambers and received his permission to hear Defendant's explanation as to why he did not appear at the hearing and reinstate the bond if determined to be appropriate.

After hearing the explanation of Defendant and his counsel, as well as the opinion of U.S. Pretrial Services and counsel for the government, the following order is entered.

**AND NOW**, the 17th day of April, 2007, **IT IS HEREBY ORDERED** that the unsecured appearance bond and the conditions of release previously set for Defendant are hereby **REINSTATED**.

	LISA PUPO LENIHAN
	UNITED STATES MAGISTRATE JUDGE

cc:	Counsel of Record

	Pretrial Services